IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation** | ) ) ) ) ) ) ) ) ) | **MDL No. 1699**<br><br>**District Judge: Charles R. Breyer**<br>**Magistrate:** |
| **Gaile Blair,** as Special Administrator of the Estate of **Morris Markum,**<br><br>Plaintiffs,<br><br>v.<br><br>**PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,**<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 06-3011 CRB<br><br>NOTICE OF DISMISSAL |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiff, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

Dated: August 24, 2006

By _____/s/_____  
Stuart M. Gordon, Esq.  
CA Bar No.: 37477  
Gordon & Reese  
275 Battery Street, Suite 2000  
San Francisco, CA 94111  
Telephone: (415) 986-5900  
Facsimile: (415) 262-3801  

By _____/s/_____  
Robert D. Rowland, IL Bar No. 06198915  
Aaron K. Dickey, IL Bar No. 06281731  
GOLDENBERG HELLER ANTOGNOLI  
ROWLAND SHORT & GORI P.C.  
2227 South State Route 157  
 P.O. Box 959  
Edwardsville, IL 62025  
Telephone: (618) 656-5150  
Facsimile: (618) 656-6230  

ATTORNEYS FOR DEFENDANT

ATTORNEYS FOR PLAINTIFF

PURSUANT TO STIPULATION, IT IS SO ORDERED.

  September 6,    , 2006.

_____  
Honorable Charles R. Breyer  
United States District Court

